# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                         Case No.: 1:17−cr−00755
                                                         Honorable John Robert Blakey

James Keegan

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Sentencing hearing held on 7/24/2019. Defendant, James Keegan (1) present in court in custody with the assistance of defense counsel. Enter Judgment and Commitment Order. Mailed notice. (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.